UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

SAMUEL MENSAH,

                        Plaintiff,

        -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, Individually and in their official capacity
as New York City Police Officers – FRANKLIN
ROSARIO and MIGUEL CASTILLO, WEBSTER HALL;
JOHN DOES 1-10, fictitious names, true identities
unknown, and ABC COMPANIES 1-10, fictitious entities,
true identities unknown,

                        Defendants.

------------------------------------------------------------------------X

**NOTICE OF MOTION**

07 Civ. 9850 (LBS)

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Assistant Corporation Counsel Philip S. Frank, dated December 20, 2011, and the exhibits annexed thereto; the accompanying Memorandum of Law; and upon all prior pleadings and proceedings had herein, defendants City of New York ("City") and the New York City Police Department ("NYPD") will move this Court before the Honorable Leonard B. Sand, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, dismissing plaintiff's complaint on the pleadings against defendants City and NYPD, with prejudice, and for such other and further relief as the Court may deem just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), opposition papers, if any, shall be served on or before January 3, 2011.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), reply papers, if any, shall be served on or before January 10, 2011.

Dated: New York, New York
December 20, 2011

    MICHAEL A. CARDOZO
    Corporation Counsel of the
     City of New York
    Attorney for Defendant City of New York
    100 Church Street, Room 3-196
    New York, New York 10007
    (212) 788-0893

By:    /s/
    Philip S. Frank
    Assistant Corporation Counsel

To:   James P. Kimball, Esq. (Via ECF)
      Seigel Capozzi, LLC
      *Attorneys for Plaintiff*
      505 Goeffle Road
      Ridgewood, NJ 07450

Docket No. 07 Civ. 9850 (LBS)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| SAMUEL MENSAH,<br><br>                                                                               Plaintiff,<br><br>                              -against-<br><br>THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, Individually and in their official capacity as New York City Police Officers – FRANKLIN ROSARIO and MIGUEL CASTILLO, WEBSTER HALL; JOHN DOES 1-10, fictitious names, true identities unknown, and ABC COMPANIES 1-10, fictitious entities, true identities unknown,<br><br>                                                            Defendants. |
| **NOTICE OF MOTION, DECLARATION OF PHILIP S. FRANK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND EXHIBITS** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants City of New York and the New York City Police Department*<br>*100 Church Street, Room 3-196*<br>*New York, NY 10007*<br><br>*Of Counsel: Philip S. Frank*<br>*Tel: (212) 788-0893* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ............................................ , 2011*<br><br>*........................................................................ Esq.*<br><br>*Attorney for ...............................................................* |